# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOLORES M. ISRAEL., ) | Civil Action No. 2:12-cv-00197-TFM-MRH |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| BABCOCK & WILCOX POWER ) | |
| GENERATION GROUP, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

Plaintiff Dolores M. Israel hereby moves pursuant to Fed R. Civ. P. 41(a) to dismiss her claims against all defendants in this action without prejudice, Defendants having consented thereto.

Dated: July 6, 2011

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

By: /s/David B. Rodes
David B. Rodes, Esquire
PA I.D. #47819
Bruce E. Mattock, Esquire
PA I.D. #43237
Jason T. Shipp, Esquire
PA I.D. #87471
1030 Fifth Avenue
Pittsburgh, PA 15219
(412) 471-3980 (phone)
(412) 471-8308 (facsimile)

Fidelma L. Fitzpatrick, Esquire
Jonathan D. Orent, Esquire
Michaela S. McInnis, Esquire
MOTLEY RICE, LLC
321 South Main Street
Providence, RI 02903
(401) 457-7723 (phone)
(401) 457 7708 (facsimile)

*Attorneys for Plaintiffs*